## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In re:                                     )
                                           )
**BRIANA WILSON NEALEY and**               )          **Case No.: 19-04693**
**CHRISTOPHER EMIL NEALEY,**               )
          Debtors.                         )

### STATUS REPORT BY TRUSTEE

COMES NOW Thomas E. Reynolds who reports on the status of the above styled Chapter 7 bankruptcy case as follows:

W. Whitney Seals of Cochrun & Seals, LLC, Special Counsel, reports to the Trustee that the Lawsuit is set for a medication on May 25, 2021.


                                        _____ */s/ Thomas E. Reynolds, Trustee*
                                        THOMAS E. REYNOLDS, TRUSTEE

**OF COUNSEL:**
**REYNOLDS LEGAL SOLUTIONS, LLC**
300 Richard Arrington Jr. Blvd. N.
Suite 503
Birmingham, AL 35203
Telephone: (205) 957-6500
ter@reynoldslegalsolutions.com