IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: )
)
**BRIANA WILSON NEALEY** and ) Case No.: 19-04693
**CHRISTOPHER EMIL NEALEY,** )
**Debtors.** )

## MOTION TO APPROVE COMPROMISE OF CONTROVERSY

COMES NOW Thomas E. Reynolds, the Trustee in the above-styled Chapter 7 bankruptcy case, who moves for authority to compromise a controversy pursuant to the provisions of Bankruptcy Rule 9019, and grounds therefore shows the following:

1. This bankruptcy case was initiated by the Debtors' filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on November 14, 2019.

2. On November 14, 2019 Thomas E. Reynolds was appointed Trustee in the bankruptcy case.

3. Following the meeting of creditors, the Trustee filed a No Asset Report in the case.

4. Upon learning of a potential asset in the case, the Trustee filed a Motion to Reopen the Case and Withdraw Final Report. The case was reopened and the Trustee reappointed.

5. Prior to filing the bankruptcy case, the Debtors had employed W. Whitney Seal, John C. Hubbard and D. Dirk Thomas to represent them in a claim of wrongful repossession and violations of the Fair Debt Collection Practices Act against Exeter Finance LLC, et al.(the "Claim"). The Trustee has sought authority from this court to

employ W. Whitney Seals, John C. Hubbard and D. Dirk Thomas as special counsel for the Trustee.

6. Special counsel has recommended to the Trustee that the Trustee should compromise the claim for the payment of $90,000.00. Pursuant to the proposed settlement, the Trustee will execute and deliver a release from all claims.

7. Out of the Settlement Amount, the Trustee proposes to pay whatever fees and expenses this Court may award to special counsel for the legal services and expenses rendered in prosecuting the Claim.

8. After payment of all costs associated with the prosecution of the Claim, the Trustee anticipates a distribution will be made to creditors filing claims in the case.

9. An application for award of compensation is to be filed by Special Counsel for services rendered and expenses incurred. In the event the compromise is approved, it is anticipated that Special Counsel will be entitled to receive a fee for services rendered in prosecuting the Claim and reimbursement of expenses.

10. The Trustee believes that the proposed settlement represents a fair and reasonable compromise of the Claim and that the settlement is in the best interest of the bankruptcy estate and its' creditors.

WHEREFORE, premises considered, the Trustee moves for entry of an Order pursuant to Bankruptcy Rule 9019 authorizing the Trustee to compromise the controversy in the manner and pursuant to the terms described hereinabove

                                                                */s/ Thomas E. Reynolds*
                                                             Thomas E. Reynolds, Trustee

OF COUNSEL:
REYNOLDS LEGAL SOLUTIONS, LLC
300 Richard Arrington Jr. Blvd. N.
Suite 503
Birmingham, Alabama 35203
(205) 957-6500

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Motion on all parties listed on the matrix dated August 31, 2021 by placing a copy of same in the United States mail, first class postage prepaid.

                                                                    /s/ Thomas E. Reynolds
                                                                    Of Counsel

Label Matrix for local noticing
1126-2
Case 19-04693-TOM7
NORTHERN DISTRICT OF ALABAMA
Birmingham
Tue Aug 31 14:45:26 CDT 2021

Resurgent Receivables LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Tennessee State University
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

U. S. Bankruptcy Court
Robert S. Vance Federal Building
1800 5th Avenue North
Birmingham, AL 35203-2111

AFNI
PO Box 3097
Bloomington, IL 61702-3097

AT&T Bankruptcy
One AT&T Way
Room 3A104
Bedminster, NJ 07921-2693

Ad Astra
8918 W 21 Street N Suit 200 PMB112
Wichita, KS 67205-1880

Alabama Power
Birmingham Division 4S-1135
P.C. Box 2641
Birmingham, AL 35291-0001

Allstate
PO Box 3589
Akron, OH 44309-3589

(p)AMERICAN FAMILY CARE
ATTN HEATHER NELSON
PO BOX 734315
DALLAS TX 75373-4315

Amsher
4524 Southlake Pkwy
Ste 15
Birmingham, AL 35244-3271

Barclays Bank Deleware
PO Box 8803
Wilmington, DE 19899-8803

Birmingham Water Attn Bank
Attn Bankruptcy Dept
PO Box 830110
Birmingham, AL 35283-0110

Bridgecrest
P.O. box 29018
Phoenix, AZ 85038-9018

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Coast Professional
PO Box 2876
West Monroe, LA 71294-2876

Comenity Bank Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Credit Collection Service
725 Canton St
Norwood, MA 02062-2679

Credit One Bank
P O BOX 98872
Las Vegas, NV 89193-8872

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

David's Bridal c/o
Retail Services
Dept 7680
Carol Stream, IL 60116-0001

Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0008

Dish
P.O. Box 105169
Atlanta, GA 30348-5169

Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255-1268

EOS CCA
PO Box 981025
Boston, MA 02298-1025

Exeter
222 Los Colinas Blvd
Ste 1800
Irving, TX 75039-5438

Holloway Credit
P.O. Box 230609
Montgomery, AL 36123-0609

John Frawley
P.O. Box 101493
c/o PCH Hotels and Resorts
Birmingham, AL 35210-6493

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| NCB Management Services<br>1 Allied Drive<br>Feasterville Trevose, PA 19053-6945 | Nordstrom<br>13531 E Calley Ave<br>Englewood, CO 80111-6505 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Progressive Leasing<br>256 Data Dr<br>Draper, UT 84020-2315 | Risecso<br>4150 International<br>Ste 300<br>Fort Worth, TX 76109-4819 | St Vincent's<br>PO Box 42008<br>Phoenix, AZ 85080-2008 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Tennessee State University<br>3500 John A Merritt Blvd<br>Nashville, TN 37209-1561 |
| The Bureaus<br>1717 Central Street<br>Evanston, IL 60201-1507 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Briana Wilson Nealey<br>1666 English Knoll Lane<br>Birmingham, AL 35235-2922 |
| Christopher Emil Nealey<br>1666 English Knoll Lane<br>Birmingham, AL 35235-2922 | D. Dirk Thomas<br>Frank S. Buck, P.C.<br>P. O. Box 55089<br>Birmingham, AL 35255-5089 | J. Thomas Corbett<br>Birmingham<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| John C Hubbard<br>P. O. Box 953<br>Birmingham, AL 35201-0953 | Keith Randal Martin<br>Keith R. Martin, Attorney at Law<br>2100 1st Ave North<br>Ste 220<br>Birmingham, AL 35203-4220 | Thomas E Reynolds<br>Reynolds Legal Solutions, LLC<br>300 Richard Arrington Jr. Blvd. N<br>Suite 503<br>Birmingham, AL 35203-3354 |
| W. Whitney Seals<br>Cochrun & Seals, LLP<br>P.O. Box 10448<br>Birmingham, AL 35202-0448 | | |

. The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Family Care*<br>MSC 10000020 Bx 830810<br>Birmingham, AL 35283 | DSNB/Macy's<br>P.O. Box 8218<br>Mason, OH 45040 | Title Max<br>986 Forestdale Blvd<br>Birmingham, AL 35214 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.