# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 19–04693–TOM7 |
| Briana Wilson Nealey | **Chapter** 7 |
| **SSN:** xxx–xx–2974 | |
| Christopher Emil Nealey | |
| **SSN:** xxx–xx–6260 | |
| **Debtor(s)** | |

## NOTICE OF TELEPHONIC HEARING

Notice is hereby given that a telephonic hearing will be held in the above–referenced case on Monday, October 4, 2021 at 10:30 AM to consider and act upon the following:

42 – Application for Final Compensation in the amount of $36,000.00. and Reimbursement of Expenses in the amount of $872.95 filed by W. Whitney Seals, John C. Hubbard and D. Dirk Thomas, special counsel for Debtor

45 – Trustee's Motion to Approve Compromise and/or Settlement Regarding wrongful repossession and violations of Fair Debt Collection Practices Act

The original application is available for viewing in the Office of the Clerk during regular business hours.

Objections may be made by filing the original with the Court no later than September 27, 2021. and a copy served on W. Whitney Seals, Cochrun & Seals, LLP, P.O. Box 10448
Birmingham, AL 35202–0448; John C Hubbard, P. 0. Box 953; Birmingham, AL 35203 and D. Dirk Thomas, Frank S. Buck, P.C., P. 0. Box 55089, Birmingham, AL 35255–5089. Any such objections filed will be heard October 4, 2021

The hearing will be held via an AT&T call–in number. The dial–in number is **1–877–336–1280**. When prompted, enter the access code **2653346#**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated: September 1, 2021    By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

mwb